Jerry Lee ROSS, Plaintiff–Appellant,

v.

J.D. BYRIDER SYSTEMS, INC.; CNAC; Smart Finance, Inc.; Smart Auto, Inc., Defendants–Appellees.

## No. 16–1671

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Jerry Lee Ross, Appellant Pro Se. Caren D. Enloe, Smith Debnam Narron Drake Saintsing & Myers, LLP, Raleigh, North Carolina, for Appellees.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Ross appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants' motions to dismiss Ross' civil claims against Defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ross' informal brief does not challenge the basis for the district court's disposition, Ross has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th

Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED